# EXHIBIT A



GC Services Limited Partnership



**Please call: (888) 438-7954**
Calls may be monitored or recorded.
For Payment or Inquiry go to
www.gcscontact107.com

DEPT. HOVS 052
PO BOX 3044
LIVONIA MI 48151-3044
RETURN SERVICE REQUESTED

USE ENCLOSED ENVELOPE AND SEND PAYMENT TO:

PC0DBG00200955 - 127772879 I01910
JEREMY CHERNOFSKY

PO BOX 865
HOUSTON TX 77001

| CREDITOR: **AMERICAN EXPRESS** | GC NUMBER: |
|---|---|
| CLIENT ACCOUNT NUMBER: | BALANCE DUE: **$2,249.14** |

✄ *Please detach and return upper portion of statement with payment* ✄

April 22, 2020

File Number:
Client Account Number: ENDING

Dear Jeremy Chernofsky,

Thank you for the re-payment arrangement you established on your account referenced above.

This letter serves as a reminder that your next agreed upon payment of $222.00 is scheduled for 05/02/2020.

GC Services will process your previously authorized payment of $222.00 on or after 05/02/2020.

If you have any questions, please call us at (888) 438-7954. We are available to assist you from 8:00 AM to 8:00 PM (MT) on Monday through Thursday; 8:00 AM to 5:00 PM (MT) on Friday; and 8:00 AM to 12:00 PM (MT) on Saturday.

Sincerely,

Christopher Lynne
Account Representative

If you would prefer, you can make a payment on your account using a credit or debit card by going to our website at www.gcscontact107.com or by calling us at 844-898-3538. Use the following number to identify yourself when prompted: 580520053010026.

*\* As of the date of this letter, you owe $2,249.14. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your payment. For further information, write the undersigned or call (888) 438-7954.*

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION**

GC Services Limited Partnership - 6330 Gulfton, Houston, TX 77081

0868-14        PDCK-AMEX        580520053010026        57756444

Federal and state law prohibit certain methods of debt collection, and require that we treat you fairly. If you have a complaint about the way we are collecting your debt, please visit our website at www.gcserv.com or contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., NW, Washington, DC 20580. If you want information about your rights when you are contacted by a debt collector, please contact the FTC online at www.ftc.gov.

**NYC Residents:** NYC Department of Consumer Affairs' specific license # varies as to city/state location of sender: Copperas Cove-2032601; Elgin–203260; Houston-2032594; Irwindale-2032591; Jacksonville–2032579; Knoxville-2032597; Oklahoma–2032603; Phoenix–2032606; San Antonio–2032610; San Diego–2032615; St.Louis–2032598; Tucson-2032592

